1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NAKELL H. JACKSON,

11              Plaintiff,                        No. CIV S-07-0040 DFL DAD P

12        vs.

13   T.E. JOHNSON, et al.,

14              Defendants.                       ORDER

15   _____/

16          Plaintiff has requested an extension of time to pay the filing fee or file an

17   application to proceed in forma pauperis pursuant to the court's order of January 16, 2007.  Good

18   cause appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's February 22, 2007 request for an extension of time is granted; and

20          2.  Plaintiff is granted thirty days from the date of this order in which to pay the

21   filing fee or file an application to proceed in forma pauperis pursuant to the court's order of

22   January 16, 2007.

23   DATED: February 27, 2007.

24

25                                          _____

26   DAD:bb                                 DALE A. DROZD
     jack0040.36ifp                         UNITED STATES MAGISTRATE JUDGE