IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAKELL H. JACKSON,

      Plaintiff,                        No. CIV S-07-0040 DFL DAD P

    vs.

T.E. JOHNSON, et al.,

      Defendants.               ORDER

_____/

        Plaintiff has requested a second extension of time to file an application to proceed in forma pauperis pursuant to this court's January 16, 2007 order. Good cause appearing, the request will be granted. No further extensions of time will be granted for this purpose.

        1. Plaintiff's March 26, 2007 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis pursuant to this court's January 16, 2007 order. No further extensions of time will be granted.

DATED: April 12, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack0040.36ifp(2)