IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAKELL H. JACKSON,

        Plaintiff,                               No. CIV S-07-0040 RRB DAD P

   vs.

T.E. JOHNSON, et al.,

        Defendants.                    ORDER

_____/

        The court issued findings and recommendations on July 11, 2007, recommending dismissal of this action due to plaintiff's failure to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants Correctional Officer T.E. Johnson; M.H. Collins, R.N.; Paconia, R.N; Dr. Jason A. Rohrer; and Nurse Practitioner Mahon. Plaintiff has since completed and filed the USM-285 forms. Therefore, in the interests of justice, the court will vacate its July 11, 2007 findings and recommendations. However, plaintiff is advised that any subsequent failure to comply fully with court orders may result in a renewed recommendation to dismiss this case. See Local Rule 11-110.

/////

/////

/////

1

1    Accordingly, IT IS HEREBY ORDERED that the findings and recommendations
2 filed on July 11, 2007, are vacated.
3 DATED: July 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack0400.vac