IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAKELL H. JACKSON,

        Plaintiff,          No. CIV S-07-0040 RRB DAD P

   vs.

T.E. JOHNSON, et al.,

        Defendants.          <u>DISCOVERY ORDER</u>

_____/

        Defendants Johnson, Collins, Rohrer and Mahon-Howe have answered the complaint.  Pursuant to Federal Rules of Civil Procedure 1, 16, and 26-36, discovery shall proceed as follows:

        1.  Discovery requests shall be served by the parties pursuant to Federal Rule of Civil Procedure 5 and Local Rule 5-135 and shall only be filed when required by Local Rules 30-250(a), 33-250(c), 34-250(c) and 36-250(c);

        2.  Responses to written discovery requests shall be due forty-five days after the request is first served;

        3.  Pursuant to Federal Rule of Civil Procedure 30(a), defendants may depose plaintiff and any other witness confined in a prison upon condition that, at least fourteen days

/////

1 before such a deposition, defendants serve all parties with the notice required by Fed. R. Civ. P.
2 30(b)(1); and

3     4.  If disputes arise about the parties' obligations to respond to requests for
4 discovery, the parties shall comply with all pertinent rules including Rules 5, 7, 11, 26, and 37 of
5 the Federal Rules of Civil Procedure and Rules 5-134, 5-135, 6-136, 7-130, 7-131, 11-110, 43-
6 142, and 78-230(m) of the Local Rules of Practice for the United States District Court, Eastern
7 District of California; unless otherwise ordered, Local Rule 37-251 shall not apply.  Filing of a
8 discovery motion that does not comply with all applicable rules may result in imposition of
9 sanctions, including but not limited to denial of the motion.

DATED: October 10, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD/9/bb
jack0040.440