IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAKELL H. JACKSON,

      Plaintiff,                        No. CIV S-07-0040 RRB DAD P

    vs.

T.E. JOHNSON, et al.,

      Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On July 23, 2007, the court ordered the United States Marshal to serve the complaint on five defendants. Service has been effected on four defendants. The Marshal was unable to effect service on defendant Paconia. Nurse Paconia is no longer an employee at CSP-Solano, and there is no forwarding information for her.

        If plaintiff wishes to proceed with his claims against defendant Paconia, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

        Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. See Fed. R. Civ. P. 4(m).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the complaint filed January 8, 2007;

2. Within sixty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below:

    a. One completed USM-285 form for defendant Paconia;

    b. Two copies of the complaint filed January 8, 2007; and

    c. One completed summons form.

DATED: April 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack0040.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAKELL H. JACKSON,

      Plaintiff,                    No. CIV S-07-0040 RRB DAD P

    vs.

T.E. JOHNSON, et al.,           NOTICE OF SUBMISSION

      Defendants.            OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ <u>one</u> completed summons form;

      ____ <u>one</u> completed USM-285 form; and

      ____ <u>two</u> true and exact copies of the complaint filed January 8, 2007.

DATED: _____.

                                        _____
                                        Plaintiff