IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAKELL H. JACKSON,

     Plaintiff,                  No. CIV S-07-0040 JAM DAD P

     vs.

T.E. JOHNSON, et al.,

     Defendants.          ORDER

_____/

     Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.  Pursuant to Fed. R. Civ. P. 41(a), plaintiff's request shall be honored.

     Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
jack0040.59